# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**JARVIS BROWN (#710737)**                                    **CIVIL ACTION NO.**

**VERSUS**                                                             **20-395-JWD-EWD**

**JAMES M. LeBLANC, ET AL.**

## RULING

On or about June 22, 2020, the *pro se* Plaintiff, a person confined at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana, filed a Complaint alleging a civil rights violation pursuant to 42 U.S.C. § 1983.[1]  Pursuant to correspondence dated June 22, 2020, the Court directed Plaintiff to submit his complaint on an approved form ensuring all information was completed as directed and either submit a Motion to Proceed *in Forma Pauperis* or to pay the filing fee.[2]  The correspondence advised Plaintiff he must correct the deficiencies within twenty-one (21) days and advised him that failure to do so would result in dismissal of his suit without further notice.[3]

A review of the record by the Court reflects that, despite notice, Plaintiff has failed to remedy the deficiencies of which he was notified.[4]  As such, Plaintiff's action shall be dismissed without prejudice for failure of Plaintiff to properly correct the deficiencies of which he was notified.  Accordingly,

---

[1] R. Doc. 1.
[2] R. Doc. 2.
[3] R. Doc. 2.
[4] Plaintiff filed a letter alleging further constitutional violations but did not remedy any of the deficiencies noted by this Court.  R. Doc. 3.

**IT IS HEREBY ORDERED** that the above-captioned proceeding be **DISMISSED WITHOUT PREJUDICE**. *Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on July 31, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**